UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| DONALD LOCKETT | CIVIL ACTION NO. 6:10-cv-01541 |
| VERSUS | JUDGE MELANÇON |
| ALLSTATE INSURANCE COMPANY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is therefore

**ORDERED** that defendant Allstate Insurance Company's motion to dismiss (Rec. Doc. 8) is converted to a motion for summary judgment, the motion for summary judgment is **GRANTED**, and the plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

Thus done and signed in Lafayette, Louisiana, this 3rd day of January, 2011.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE